IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-00372-ZLW

VERNON J. TURLEY,

    Applicant,

v.

AL ESTEP, Limon Correctional Facility Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER REINSTATING AND
## DISMISSING CASE FOR LACK OF JURISDICTION

---

This civil action will be reinstated in accordance with the mandate filed on February 20, 2007, by the United States Court of Appeals for the Tenth Circuit (Tenth Circuit). The Tenth Circuit dismissed the appeal for lack of jurisdiction and remanded the action to the district court with instruction to vacate this Court's July 6, 2006, judgment and dismiss the matter for lack of jurisdiction. Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the Mandate filed on February 20, 2007, by the United States Court of Appeals for the Tenth Circuit. It is

FURTHER ORDERED that the July 6, 2006, Order and Judgment of Dismissal is vacated and the Application is denied and the action is dismissed for lack of jurisdiction. It is

FURTHER ORDERED that judgment is entered in favor of Respondents and against Applicant.

DATED at Denver, Colorado, this ___ day of ___March___, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00372-BNB

Vernon J. Turley
Prisoner No. 63605
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  3-8-07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk